Action by Catharine L. Beekman against the Third Avenue Railroad Company. E. Treadwell, for appellant. H. L. Stinson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 174, 1150.

BEFFREY et al., Respondents, v. COON, Appellant. (Supreme Court, Appellate Division, Fourth Department, June 12, 1897.) Action by Arsenaus Beffrey and another against Margaret T. Coon. No opinion. Judgments of the county court and of the justice's court reversed, with costs. Held that, at the time the services in question were rendered by the plaintiffs, they knew that the defendant was the owner of the premises, and that, with this knowledge, they elected to charge her husband for the services thus rendered, and that there was no evidence that the defendant in any manner ordered the work done or assumed any direction in regard thereto.

BENSON, Appellant, v. INTERNATIONAL CONST. CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Garrett J. Benson against the International Construction Company. No opinion. Judgment affirmed, with costs. All concur, except LANDON and HERRICK, JJ., dissenting.

BERENBROICK v. ST. LUKE'S HOSPITAL. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Frederick Berenbroick against the St. Luke's Hospital. No opinion. Motion denied, with $10 costs.

BINNEY, Respondent, v. CARNEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Columbia M. Binney against Joseph Carney. No opinion. Judgment reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $2,500, and extra allowance proportionately; in case of such stipulation, judgment as reduced is unanimously affirmed, without costs to either party.

BLOOMINGDALE, Respondent, v. HODGES et al., Appellants. (City Court of New York, General Term. April 28, 1897.) Action by Lyman G. Bloomingdale against Arthur A. Hodges and another. Henry Tompkins, for appellants. Horwitz & Hershfield, for respondent.

PER CURIAM. Defendants agreed to pay the plaintiff's firm 10 per cent. of the amount realized by them out of a certain contract to be made between them and one Proctor, providing the plaintiff's firm procured such contract from Proctor. Plaintiff performed his part of the agreement, and now defendants claim that plaintiff was the agent of Proctor, and therefore cannot recover herein. There is no evidence even tending to show that plaintiff's firm was Proctor's agent; in fact, the contrary is shown, and that in conducting the business in question he was solely and only defendants' agent. The judgment must be affirmed, with costs.

In re BOARD OF EDUCATION. In re CURTIS. (Supreme Court, Appellate Division, First Department. May 7, 1897.) In the matter of the board of education. In the matter of Curtis. No opinion. Motion to confirm referee's report granted.

In re BOARD OF EDUCATION. In re KERNOCHAN. (Supreme Court, Appellate Division, First Department. May 7, 1897.) In the matter of the board of education. In the matter of Kernochan. No opinion. Motion to confirm referee's report granted.

In re BOARD OF RAPID-TRANSIT RAILROAD COM'RS OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 2, 1897.) In the matter of the application of the board of rapid-transit railroad commissioners of the city of New York. No opinion. Motion for appointment of commissioners granted. Order to be settled on notice. See 39 N. Y. Supp. 750.

BOZARD, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Ashbel L. Bozard against James Hall. No opinion. Judgment affirmed, with costs.

BRECKENRIDGE CO., Respondent, v. PERKINS et al., Appellants. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by the Breckenridge Company against James D. Perkins and others. C. E. Souther, for appellants. D. Wilcox, for respondent. No opinion. Judgment affirmed, with costs. See 44 N. Y. Supp. 1112.

BREIDENBACH, Appellant, v. DE LACY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by Rudolph A. Breidenbach against George C. De Lacy and others. E. C. Kremer, for appellant. W. P. Burr, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

BROADBELT v. LOEW. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by William Broadbelt against Sarah L. Loew. No opinion. Motion denied, without prejudice to the right of the defendant to move in the court below for a new trial if so advised. See 44 N. Y. Supp. 159.

BRONNER v. MIRICK. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by Leonard Bronner against William P. Mirick. No opinion. Motion denied. See 43 N. Y. Supp. 1151.

BROOKLYN EL. R. CO., Respondent, v. BROOKLYN, B. & W. E. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1897.) Action by the Brooklyn Elevated Railroad Company against the Brooklyn, Bath & West End Railroad Company, the Atlantic Avenue Railroad Company, and the Nassau Electric Railroad Company. Motion to postpone cause granted, on condition that within three days the de-